## 11950.   LANIER v. THE STATE.

BROYLES, C. J.   1. The alleged newly discovered evidence upon which the amendment to the motion for a new trial was based was merely cumulative and impeaching in its character, and therefore did not require a new trial.

2. The other grounds of the motion for a new trial, not having been argued in the brief of counsel for the plaintiff in error, are treated as abandoned.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 25, 1921.

Accusation of larceny; from city court of Metter — Judge Lanier.   October 28, 1920.

*Kirkland & Kirkland,* for plaintiff in error.

*C. W. Turner, solicitor,* contra.

---

## 11952.   ROWE v. THE STATE.

BLOODWORTH, J.   The amendment to the motion for a new trial is but an amplification of the general grounds.   There is ample evidence to support the verdict, which has the approval of the trial judge; and the judgment is

*Affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 25, 1921.

Indictment for robbery; from Fulton superior court — Judge Humphries.   October 23, 1920.

*Ernest G. Bentley, Branch & Howard, P. D. Gambrell,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.